

**The following constitutes the order of the court.
Signed November 6, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Liane Mason,<br><br>                   Debtor.<br>_____<br>Liane Mason,<br><br>                   Plaintiff,<br><br>   v.<br><br>PennyMac Holdings, LLC,<br><br>                   Defendant.<br>_____ | Case No. 17-42109<br>Chapter 13<br><br>Adv. Pro. No. 17-04072 |

**MEMORANDUM REGARDING MOTION TO DISMISS**

       On November 1, 2017, the Court held a hearing in the above-captioned adversary proceeding. In light of the fact that neither party appeared and the underlying chapter 13 case had been dismissed, the Court continued the status conference until November 29, 2017 with the condition that the case would be dismissed if no party objected by that date. However, on

1

1  November 2, 2017, Defendant filed a *Motion to Dismiss Adversary Proceeding* ("the Motion")
2  (doc. 11) and set a hearing on the Motion for **December 6, 2017 at 10:30 a.m.** Accordingly,
3  the Court will simply hear the Motion and any objections thereto at that time.
4
5  **\*END OF NOTICE\***

**COURT SERVICE LIST**

**Liane Mason**
2518 Encinal Ave
Alameda, CA 94501